# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
## CHAPTER 13 PLAN (Individual Adjustment of Debts)

X  __Second__   Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)

☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: _Rupert Aladin Anderson_   JOINT DEBTOR: _____   CASE NO.: _16-16764_

Last Four Digits of SS# _1176_   Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of ____36____ months.  In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A.   $ _196.98_   for months _1_   to _6_   ;
B.   $ _180.24_   for months _7_   to _35_   ;
C.   $ _235.24_   for months _36_   to _____; in order to pay the following creditors:

Administrative: Attorney's Fee - $_____0_____   TOTAL PAID $_____0_____

Balance Due   $____0____   payable $_____/month  (Months _____ to _____)

Secured Creditors:  [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Star Lakes Association Inc.        Arrearage on Petition Date  $___NA____
Address: c/o Law Office Jay Shehadeh PA    Arrears Payment    $ NA_____ /month (Months _____ to _____)
396 Alhambra Circle Suite 100A_____     Regular Payment    $ _179.08_ /month (Months _1_ to _6_ )
Coral Gables, FL 33134            Regular Payment    $ _163.86_ /month (Months _7_ to _36_ )
Account No: _____

2. _____            Arrearage on Petition Date  $_____
Address:_____        Arrears Payment    $_____/month (Months _____ to _____)
_____             Regular Payment    $_____/month (Months _____ to _____)
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Star Lakes Association Inc. | $ Homestead valued at $33,000 | % NA | $ NA | NA ____To ____ | NA |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _____   Total Due  $_____
Payable    $_____/month  (Months____to ____) Regular Payment $_____

Unsecured Creditors:  Pay $___50_____ /month (Months_36_to _____).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is on or before May 15 of each year the case is pending and that the debtor(s) shall provide the trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_/s/ Rupert Aladin Anderson_____
Debtor

Date: _August 3, 2016_____

LF-31 (rev. 01/08/10)